| ATTORNEY GRIEVANCE | * | IN THE |
| COMMISSION | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 28 |
| JULIAN ARNOLD HAFFNER | * | September Term, 2025 |

## ORDER

Upon consideration of the petition for disciplinary or remedial action and request for 60-day suspension filed by the petitioner pursuant to Rule 19-737(f), and upon consideration of the parties' responses to the Court's order to show cause, it is this 20th day of March 2026, by the Supreme Court of Maryland,

ORDERED that, as corresponding discipline, the Respondent, Julian Arnold Haffner, is suspended for 60 days from the practice of law in Maryland, to be followed by one year of probation, for violations of the United States Patent and Trademark Office Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



      /s/ Matthew J. Fader
         Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk